# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1664
_____

MICHELLE VAUGHAN,

    Appellant,

v.

STATE BOARD OF
ADMINISTRATION,

    Appellee.

_____

On appeal from the State Board of Administration.
Daniel Beard, Chief of Defined Contribution Programs.

June 6, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul A. Daragjati and Rose R. Daragjati of Paul Daragjati PLC, Jacksonville, for Appellant.

Deborah S. Minnis of Ausley McMullen, Tallahassee, for Appellee.